JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE RINI, | CASE NO.: SACV11-714 JST (RNBx) |
| Plaintiff | |
| vs. | **JUDGMENT** |
| NATIONWIDE INSURANCE COMPANY OF AMERICA; and DOES 1 through 25, inclusive, | |
| Defendants. | |

This action came on for hearing before the Court on November 30, 2012, Honorable Josephine Staton Tucker, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, the action be dismissed on the merits and that defendant Nationwide Insurance Company of America recover its costs.

DATED: December 13, 2012

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

JUDGMENT